THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:99CR3106 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DARWIN W. HOUCK, JR., | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Darwin W. Houck, Jr., has filed a motion (filing 65) to continue the revocation hearing scheduled for March 17, 2009, to a date in June 2009. Defendant's motion represents that Defendant's probation officer and the Assistant United States Attorney prosecuting this case do not object to such continuance. Accordingly, Defendant's motion shall be granted.

IT IS ORDERED:

1. Defendant's motion (filing 65) to continue the revocation hearing scheduled for March 17, 2009, is granted;

2. Counsel shall contact judicial assistant Kris Leininger on Thursday, March 19, 2009, to reschedule the revocation hearing to a date in June 2009.

March 17, 2009.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge