IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:99CR3106 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DARWIN W. HOUCK, JR., | ) | |
| | ) | |
| Defendant. | ) | |

At the request of the United States Probation Officer,

IT IS ORDERED that Defendant Houck's revocation hearing is rescheduled to Tuesday, May 19, 2009, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

May 5, 2009.                                BY THE COURT:

                                            s/ *Richard G. Kopf*
                                            United States District Judge