IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:99CR3106 |
| | ) | |
| v. | ) | |
| | ) | |
| DARWIN W. HOUCK JR., | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Having admitted using drugs because he was "bored," a long prison sentence is justified for the repeated violation of the conditions of supervised release. This is particularly so given the drug treatment the defendant received at government expense and the leniency the court has shown by way of a Rule 35 reduction of sentence. For the moment, two things keep Houck out of prison and they are (a) his good job and (b) the responsibilities he has to two children.[1] As a last resort, and with the understanding that the defendant is being given "enough rope to hang himself,"

    IT IS ORDERED that:

1. Starting today, the defendant is ordered to complete 90 AA meeting in 90 days and he shall provide the probation officer with proof of attendance. The defendant will also follow the conditions of supervised release.

2. The probation officer is ordered to screen the defendant for placement in the cognitive thinking group run by the probation

---

[1]The mother is out of the picture.

        office and if the defendant is admitted he shall successfully complete that program.

3.     My judicial assistant shall arrange a telephone status conference with counsel of record and the probation officer in approximately 100 days.

4.     Sentencing is continued until further order of the court.

DATED this 19th day of May, 2009.

                          BY THE COURT:

                          *s/Richard G. Kopf*
                          United States District Judge