IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:99CR3106 |
| | ) | |
| V. | ) | |
| | ) | |
| DARWIN W. HOUCK, JR., | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

  Today, by telephone, I conferred with the defendant, his counsel, the prosecutor and the probation officer. The probation officer noted that the defendant was making progress regarding his sobriety but he had missed one meeting of the cognitive thinking group. The defendant was cautioned that if he missed another meeting he would be terminated from the program and that would probably result in a prison sentence. Another status conference was scheduled with the hope that the defendant will have completed the cognitive thinking program by the time of the status conference. I told the parties that I would consider an earlier status conference if Mr. Houck completed the cognitive think group earlier than expected. Accordingly,

  IT IS ORDERED that my judicial assistant shall arrange a telephone status conference with counsel and the probation officer at noon on December 1, 2009. The defendant is ordered to comply with the conditions of his supervised release and he is ordered to complete the cognitive thinking group.

  DATED this 25th day of August, 2009.

               BY THE COURT:

               *Richard G. Kopf*
               United States District Judge